UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

       v.                                      21-cr-694 (TNM)

**BRANDON PRENZLIN**

### MOTION TO WITHDRAW AS COUNSEL

Now Comes Court Appointed Counsel, Heather Shaner, who moves this Honorable Court, to allow her to withdraw as counsel. In support of this Motion, counsel states that competent retained counsel, Chris Macchiaroli and Christopher Wiest have entered their appearance on behalf of defendant.

Counsel has conferred with retained counsel Mr. Macchiaroli and AUSA Fifield and has assured that all discovery will be provided to new counsel.

WHEREFORE, Heather Shaner, moves this Court to permit her to withdraw from representation as CJA counsel to Brandon Prenzlin.

                                                                        **Respectfully submitted,**

                                                                        _____/s_____
                                                                        H. Heather Shaner # 273276
                                                                        **Appointed by the Court for Brandon Prenzlin**
                                                                          1702 S St. N.W.
                                                                          Washington, D.C. 20009
                                                                          Tel. 202 265 8210
                                                                          hhsesq@aol.com