CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-cr-694-TNM |
| ) | |
| BRANDON PRENZLIN ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Brandon Prenzlin_
Defendant

_[signature]_  DATED: 3/8/22
Counsel for Defendant

I consent:

_[signature]_  3/10/2022
Assistant United States attorney

Approved:

_____   Date: _____

United States District Judge