To Whom It May Concern:

I have known Brandon Prenzlin since 2016 while working on the Republican election.  My first, and lasting, impression of Brandon was a hard-working, respectful, personable, and pleasant young man.  I kept in contact with Brandon for the next several years in various Republican events.  I recall one Republican banquet with Senator Rob Portman as the keynote speaker.  Senator Portman, from the podium, recognized Brandon for all his hard work. The crowd erupted in applause; we all knew that acknowledgement by the Senator was well deserved.

Throughout the years, I've kept tabs on Brandon through mutual friends.  He made such a positive impression on me that remains to this day.  This young man is quality... quality in his character, work ethic, personality and values.  He truly is a role model for his generation.

I understand he went in the Capitol on January 6 and is being sentenced for it.  He knows he made a mistake by entering the Capitol that day, and is remorseful for it.  I hope that the Court considers that he is a hard worker and has led a law abiding life other than for a brief period on that day, and is well thought of in the community.

Anita Hahn
Fremont, Ohio
-