RAND PAUL
KENTUCKY

# United States Senate
WASHINGTON, DC 20510

November 15, 2021

To The Court:

I have met Brandon Prenzlin on several occasions.

He was quiet but well spoken. He was inquisitive about the proper role of government in society. He sided with liberty and those of us who wish to be left alone.

He drank water with his meal and replied to the woman waiting on us with "Yes, please." I never guessed the government would accuse him of being a dangerous insurrectionist.

To me, he was simply a curious, intelligent, inquisitive young man.

The leftwing media in their malicious desire for a pound of flesh have encouraged the federal police to treat people like Brandon as criminals.

Brandon showed up at the Capitol on January 6th somewhat haphazardly. He was at work a few blocks away. The media coverage of a large crowd gathering at the Capitol to protest the election drew many Capitol Hill onlookers, as have previous protests such as those during the Kavanaugh confirmation.

Video shows him meandering in with the crowd, not threatening or saying a word, not touching anything. He simply walks in.

A small minority of people on January 6th did fight with the police and they have been deservedly criminally charged. Brandon, however, just showed up, curious and unaware that he would later be framed into a picture of armed insurrection replete with the implication that he should perhaps be held indefinitely or shunned and forbidden from gainful employment.

Yet our government considered his trespass so dangerous that they organized an elaborate dragnet at the airport to apprehend him.

The pictures of him during his 3 minutes and seconds in the Capitol depict a young man wandering about curiously, as absolutely no one tells him to leave. No one bars his entry. The Capitol Police stand stoic as Brandon slowly walks by with a group of onlookers. No one tells them to leave.

Let me be clear. I am an unabashed supporter of the Capitol Hill Police as they saved my life and dozens of others at the ball field when Steve Scalise was nearly murdered by a leftwing assassin. I am not defending anyone who attacked the police or disregarded their orders.

In the video I never see Brandon raise a finger in violence or even express facial malice. I worry that Brandon, like many others, has become the scapegoat of an out of control impulse to punish at all cost the 'deplorables' we are told tried to 'violently' overturn our elections.

Again, anyone who acted violently or ignored police orders should be criminally charged. But there do appear to be points of entry to the Capitol that day that are wide open and filled with observers filing in without comment, and those people are being criminally sentenced as if they too were violent offenders. This is not an equal application of justice under the law.

To be clear, I voted to seat the electors on January 6th. I can't imagine a world where a Congress would overturn electors sent by the states. I'm not insensitive to the grievances of a populace that perceives an irregular election but I am concerned at a precedent where each four years the Presidential election would be rehashed and remade in a vote in Congress.

But did Brandon enter the Capitol to overturn the election?

As William of Ockham observed sometimes the simplest of answers is the correct answer. Perhaps, many of the people on January 6th were misled to think they could reverse the election. But, perhaps, most of them were just there to protest or observe and became caught up in the heat of the moment and may not have even understood that later a collective, left-wing judgment would condemn, disproportionately so, crimes that they never even contemplated.

I've spent a public career defending those unable to defend themselves, defending the non-violent drug users and people of color unfairly incarcerated in a mad drug war. Wouldn't it be just, wouldn't it be justice, to defend non-violent protesters regardless of their race?

Should Brandon be labeled as unemployable, jailed, metaphorically lashed and banished from good society for being in the wrong place at the wrong time? He had no weapon. He threatened no one. Shouldn't Brandon, like so many others, be cut some slack and not be incorrectly branded with some leftwing Scarlett letter?

Punishment should be proportional to the crime. A mob attacked my wife and me in DC the night of the RNC at the White House and held us hostage for over 9 minutes, spitting on and threatening us with violence before police rescued us. Not one person was arrested. A policeman was minutes later assaulted and bloodied -- yet his attacker was released on his own recognizance.

Justice should be equally applied. January 6th protesters should be treated the same as the Kavanagh protesters that illegally occupied the Hart senate building. Some Kavanagh protesters actually broke through police barricades in an attempt to breach the doors of the Supreme Court, yet there was no media outrage or FBI dragnet of those individuals.

I think Brandon deserves a dispassionate evaluation and consideration using the same standards applied to previous protests. All Americans deserve equal treatment under the law.

Sincerely,

*Rand Paul*

Rand Paul, MD
United States Senator